AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MICHIGAN__

UNITED STATES OF AMERICA

v.

Jose Santos Yanez-Perez

_Defendant_

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 09-30247

FILED
MAY 26 2009
CLERK'S OFFICE
DETROIT

Upon motion of the __GOVERNMENT__, it is ORDERED that a detention hearing is set for __5/27/09__ * at __1:00 pm__
_Date_ _Time_

before __THE DUTY MAGISTRATE JUDGE__
_Name of Judicial Officer_

__ROOM 114 - 231 WEST LAFAYETTE, DETROIT, MICHIGAN__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
(_____) and produced for the hearing
_Other Custodial Official_

Date: __5/26/09__

_signature_
_Judge_
DONALD A. SCHEER
U.S. MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted or by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judic officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimida or attempt to threaten, injure, or intimidate a prospective witness or juror.